

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ESMERALDA DOMINGUEZ and MIGUEL DOMINGUEZ, A/N/F ABRAHAM DOMINGUEZ, | § | No. 08-23-00083-CV |
| | § | Appeal from |
| Appellants, | § | 171st Judicial District Court |
| v. | § | of El Paso County, Texas |
| SOCORRO INDEPENDENT SCHOOL DISTRICT, | § | (TC# 2021-DCV-1007) |
| | § | |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the denial of Appellants' motion to reinstate and remand the cause to the trial court to be reinstated on its docket. We further order that Appellants recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF DECEMBER 2023.

LISA J. SOTO, Justice

Before Palafox, J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)